No. 11, Original. UNITED STATES *v.* LOUISIANA. The motion for reconsideration of the order denying the Parish of St. Bernard, Louisiana, et al. the right of intervention, *ante,* p. 903, is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 596. UNITED STATES *v.* KORPAN. Certiorari, 352 U. S. 980, to the United States Court of Appeals for the Seventh Circuit. The motion for leave to file brief of D. Gottlieb & Co., as *amicus curiae,* is denied.